UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOROCCANOIL, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LUXOTICA, INC., a New York corporation and DOES 1 through 10 inclusive,<br><br>　　　　Defendant. | **CASE No. 2:11-cv-01973-JHN -AGRx**<br><br>**JUDGMENT AND PERMANENT INJUNCTION**<br><br>Assigned for all Purposed to:<br>Judge Jacqueline H. Nguyen |

Pursuant to the Court's Order on October 14, 2011 granting Plaintiff's Motion for Default Judgment, the Court hereby issues a permanent injunction as follows:

Luxotica, Inc., and its owners, officers, agents, attorneys, representatives and assigns, and all those in active concert or participation with any of them, are permanently restrained and enjoined from:

JUDGMENT AND PERMANENT INJUNCTION

    a.    Using on its Internet website, www.luxuryparlor.com, or using on any other website operated by, controlled by, or affiliated with Luxotica (including without limitation, eBay.com, Amazon.com or similar third party website) anywhere in the world any reproduction, counterfeit, copy, or colorable imitation of the Moroccanoil Trademarks that could cause a likelihood of confusion with Moroccanoil or suggest the sponsorship or endorsement of Moroccanoil, for so long as any of the Moroccanoil Trademarks are being used by Moroccanoil or any successor-in-interest, alone or in connection with any other word, symbol or alphanumeric characters, in connection with the sale, offering for sale, distribution, or advertising of any goods or services;

    b.    Using on an Internet website such as, www.luxuryparlor.com, or any other website operated by, controlled by or affiliated with Luxotica (including without limitation, eBay.com, Amazon.com or similar third party website) anywhere in the world any false designation of origin or false representation of any Moroccanoil products, Moroccanoil Trademarks, or otherwise for so long as the Moroccanoil Trademarks are being used by Moroccanoil or any successor-in-interest;

    c.    Using any advertisement, label, package, sign, written solicitation, printed material, electronic media, television broadcast or video broadcast that shows, uses, or incorporates any counterfeit, copy, reproduction, or colorable

-1-
JUDGMENT AND PERMANENT INJUNCTION

imitation of the Moroccanoil Trademarks that could cause a likelihood of confusion with Moroccanoil or suggest the sponsorship or endorsement of Moroccanoil, anywhere in the world so long as any of the Moroccanoil Trademarks are being used by Moroccanoil or any successor in interest

    d.    Misrepresenting to anyone that they are authorized Moroccanoil manufacturers or distributors;

    e.    Misrepresenting to anyone that any Decoded Products that they carry, distribute or sell are genuine Moroccanoil Products or that they obtain their products directly from Moroccanoil;

    f.    Acquiring, purchasing, receiving, storing, marketing, advertising, selling Decoded Products through its website www.luxuryparlor.com or anywhere in the world; and

    g.    Soliciting, assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above Sub-Paragraphs a, b, c, d, e and f.

IT IS FURTHER ORDERED that:

1.    The Court shall retain jurisdiction to enforce the terms of the Permanent Injunction in this matter.

2. All remaining claims between the parties are dismissed with prejudice.

3. Final judgment is hereby entered, with no award of monetary damages, and with each party responsible for its own costs and attorney fees.

Dated: October 14, 2011

_____
Honorable Jacqueline H. Nguyen
U.S. District Court Judge

-3-
JUDGMENT AND PERMANENT INJUNCTION